BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK HAYRAPETYAN, et. al.,<br><br>    Defendant. | CASE NO. 2:12-CR-00162 WBS<br><br>STIPULATION REGARDING RESTITUTION FOR ERIK HAYRAPETYAN; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE:  SEPTEMBER 3, 2013<br>TIME:  9:30 A.M.<br>JUDGE: WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Erik Hayrapetyan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing for September 3, 2013.

2. By this stipulation, defendant and plaintiff now move for the Court to issue an order setting the restitution amount owed by Mr. Hayrapetyan to be $219,746.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States Probation Office submitted a Revised Restitution Recommendation on or about August 26, 2013.

    b. The parties support the recommendation of the United States Probation Office and believe that Bank of America is entitled to $82,933, which represents a loss associated with the 2621 Mysin Way, Sacramento, California property on Loan # 76224166; and $136,813, which represents a

Stipulation for Restitution Order            1

1  loss associated with a home equity line of credit on the 2458 Stokewood Way, California, property on

2  Loan # 68249015848009.  Restitution should be paid jointly and severally with Armenak Avagyan.

3  Both amounts should be directed to the following address:

4  Bank of America Home Loans
Attn: Donna McLauchlin
5  NC4-105-102-11 (Cash Remittance-Fraud)
4161 Piedmont Parkway
6  Greensboro, NC 27410

7             d.     The United States Probation Department has reviewed and supports this

8  stipulation and proposed order.

9

10  IT IS SO STIPULATED.

11  DATED: August 27, 2013                     BENJAMIN B. WAGNER
                                               United States Attorney
12
                                               */s/ Lee S. Bickley*
13                                             LEE S. BICKLEY
                                               Assistant United States Attorney
14
                                               For the UNITED STATES OF AMERICA
15

16  DATED: August 27, 2013                     */s/ Lee S. Bickley for*
                                               MICHAEL LONG
17
                                               For defendant ERIK HAYRAPETYAN
18

19
                                    **O R D E R**
20

21      IT IS SO FOUND AND ORDERED that defendant Erik Hayrapetyan is ordered to pay

22  $219,746 in restitution, jointly and severally with Armenak Avagyan.  Payment of restitution shall be by

23  cashier's or certified check made payable to the Clerk of the Court.  $136,813 of this restitution should

24  be directed to Bank of America Home Loans, Attn: Donna McLauchlin, NC4-105-102-11 (Cash

25  Remittance-Fraud), 4161 Piedmont Parkway, Greensboro, NC 27410, for payment of losses associated

26
27  with BANA Loan 68249015848009, associated with 2458 Stokewood Way, Sacramento California.

28  $82,933 of this restitution should be directed to Bank of America Home Loans, Attn: Donna

McLauchlin, NC4-105-102-11 (Cash Remittance-Fraud), 4161 Piedmont Parkway, Greensboro, NC 27410, for payment of losses associated with and BANA Loan 76224166, associated with 2621 Mysin Way, Sacramento, California. The restitution hearing scheduled for September 3, 2013, is hereby vacated.

**DATED:  AUGUST 28, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE